IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR187 |
| | ) | |
| v. | ) | |
| | ) | |
| JOEL TYNDALL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court pursuant to a request to return a drug testing kit in this case. The court agrees that the kit should be returned.

IT IS ORDERED that the drug testing kit should be returned to:

Thurston County Sheriff's Department
106 South 5th Street
Pender, NE 68047

DATED this 30th day of September, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge